

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINWOOD BRANT | : | CIVIL ACTION |
| v. | : | |
| DAVID VARANO, et al. | : | NO. 08-4478 |

### ORDER

AND NOW, this 18th day of June, 2009, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief Magistrate Judge Thomas J. Rueter, it is hereby

### ORDERED

that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
HARVEY BARTLE, III,    Ch. J.